# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 24-2295

_____

Georgette Sherman

Plaintiff - Appellant

v.

Douglas A. Collins, Secretary, United States Department of Veterans Affairs

Defendant - Appellee

United States of America

Defendant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:21-cv-00924-DGK)

_____

**JUDGMENT**

Before SMITH, ARNOLD, and SHEPHERD, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

                                    November 06, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Susan E. Bindler